# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00457-LTB-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

3.    KURT FRANKLIN HOWE,

        Defendant.

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

**ORDERED** that the defendant, KURT FRANKLIN HOWE, be allowed to travel to St. Thomas from December 17, 2007, until December 27, 2007.

**DATED** at Denver, Colorado, this   4th   day of   September  , 2007.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock
United States District Judge